

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AUG 0 1 2003

BY DAVID J. MALAND, CLERK
DEPUTY _____

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | Civil Action No.: 5:01-CV-302-DF (CMC) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41, Broadcom Corporation and Intel Corporation, through their respective attorneys, hereby stipulate to the dismissal, without prejudice, of all claims, counterclaims and defenses asserted in this action that are not the subject of the Final Judgment to be entered in this action. Each party shall bear its own costs and attorney fees.

Date: August 1, 2003

By _____
Nicholas H. Patton
PATTON TIDWELL & SCHROEDER LLP
4605 Texas Boulevard
P.O. Box 5398
Texarkana, Texas 75505-5398
Tel.: 903-792-7080

Attorneys for Broadcom Corporation

By _____
Garret W. Chambers
MCKOOL SMITH
300 Crescent Court
Suite 1500
Dallas, Texas 75201
Tel.: 214-978-4000

Attorneys for Intel Corporation

127781_1.DOC